UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No. 3:24-CV-00073-TKW-HTC

TANYA GOLET,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC, CONCORA CREDIT INC F/K/A GENESIS FS CARD SERVICES, INC
TRANS UNION LLC

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS

Plaintiff Tanya Golet submits this Notice of Settlement and states that Plaintiff and Defendant Experian Information Solutions Inc have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 13, 2024

    Respectfully Submitted,

    /s/ Jennifer G. Simil                      .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:      855-529-9540

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 13, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

      /s/Jennifer G. Simil            .
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com