UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE No. 3:24-cv-00073-TKW-HTC

TANYA GOLET,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS INC, TRANS UNION LLC AND CONCORA CREDIT INC

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC

Plaintiff Tanya Golet, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: March 14, 2024

Respectfully Submitted,

/s/ Jennifer G. Simil            .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:      954-907-1136
Fax:            855-529-9540

*COUNSEL FOR PLAINTIFF*

.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                Respectfully Submitted,

                 /s/ Jennifer G. Simil                    .
                **JENNIFER G. SIMIL, ESQ.**
                Florida Bar No.: 1018195

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com