# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TANYA GOLET**,

    **Plaintiff**,

v.                                                             Case No. 3:24cv73-TKW-HTC

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    **Defendants**.

_____/

## ORDER OF PARTIAL DISMISSAL

Based on Plaintiff's notice of voluntary dismissal as to Defendant Experian Information Solutions, Inc. (Experian) (Doc. 12), it is **ORDERED** that all claims against Experian are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk shall terminate Experian as a party in CM/ECF.

**DONE and ORDERED** this 15th day of March, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**