# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TANYA GOLET**,

   **Plaintiff**,

v.                                                    Case No. 3:24cv73-TKW-HTC

**TRANS UNION, LLC** and
**CONCORA CREDIT, INC.**,

   **Defendants**.

_____/

## ORDER OF PARTIAL DISMISSAL

   Based on Plaintiff's notice of voluntary dismissal as to Defendant Trans Union, LLC (Doc. 15), it is **ORDERED** that all claims against Trans Union are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk shall terminate Trans Union as a party in CM/ECF.

   **DONE and ORDERED** this 23rd day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**