UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TANYA GOLET,

    **Plaintiff**,

v.                                              Case No. 3:24cv73-TKW-HTC

CONCORA CREDIT, INC.,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the joint stipulation of voluntary dismissal as to Defendant Concora Credit, Inc. (Concora) (Doc. 21), it is **ORDERED** that all claims against Concora are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 25th day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**